Chapter 13 Plan      Case No. **15-71979**

Debtor(s) **Brenda W. Jackson**    SS# ***-**-5486    Net Monthly Earnings: $**3,620.62**
                 SS#       Number of Dependents: **2**

I. **Plan Payments:**
- ( x ) Debtor(s) proposes to pay a periodic payment of $ **250.00** ○ weekly ○ biweekly ○ semi-monthly X monthly into the plan; or
- ( ) Payroll deduction order: To _____ for $ _____ ○ weekly ○ biweekly ○ semi-monthly ○ monthly
- Length of plan is **48** months, and the total debt to be paid through the plan is $ **8,000.00**.
- [X] Chapter 13 case filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| | | | |
| | | | |

B. Total ATTORNEY FEE: $ **2,500.00** ; $ **300.00** paid prepetition; $ **450.00** to be paid at confirmation and $ **100.00** per month.
C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| CitiFinancial | $44,000.00 | $489.89 ☐ by Trustee X by Debtor | 1/16 | $5,638.00 | Thru 12/15 | N/A | $118.00 | At Conf. |
| | | ☐ by Trustee ☐ by Debtor | | | | | | |
| | | ☐ by Trustee ☐ by Debtor | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total amount of debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Factor | Proposed fixed payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. Other Debts (**not shown in #1 or #2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total amount of debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| N/A | | | | |

IV. Special Provisions. Pursuant to Administrative Order 05-09, the adequate protection payments scheduled in section (2) shall be paid as post-petition/pre-confirmation adequate protection payments by the Chapter 13 Trustee. Attorney fees for debtor's attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01. The default rate of interest shall be 5%.

[ x ] This is an original plan.
[ ] This is an amended plan replacing plan dated _____.
[ x ] This plan proposes to pay unsecured creditors **100** %.
[ ] OtherProvisions:

Attorney for the Debtor Name/Address/Telephone Number

C. Taylor Crockett      Dated: **12-10-15**
2067 Columbiana Road
Birmingham, AL 35216
Telephone#(205)978-3550

*Brenda W. Jackson*
Debtor

Debtor